**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**


**TOMMY WHITE, SR.**                                                                         **PLAINTIFF**

**vs.**                                                        **Civil Action No. 3:08-cv-708 HTW-LRA**

**CHRISTOPHER EPPS, ET AL.**                                                   **DEFENDANTS**


**FINAL JUDGMENT**

This matter having come on pursuant to the Report and Recommendation of

the United States Magistrate Judge and the objection thereto, and this court, having

found said objection not well taken and having adopted said Report and Recommen-

dation as the order of the court, hereby orders that defendants' motion to dismiss be

granted and that the plaintiff's complaint be dismissed, without prejudice, to his right to

re-file once he has completed the Administrative Remedies Program.  The above-

styled and numbered cause is dismissed without prejudice.

**SO ORDERED AND ADJUDGED, this the 29th day of September, 2009.**

**s/ HENRY T. WINGATE**
**CHIEF UNITED STATES DISTRICT JUDGE**